JEAN T. DINGER, RECEIVER OF THE WESTMONT NATIONAL BANK, AN INSOLVENT INSTITUTION, PLAINTIFF-RESPONDENT, v. JULIA M. ROTHERY AND GEORGE A. ROTHERY, DEFENDANTS-APPELLANTS.

Submitted February 17, 1933—Decided April 28, 1933.

For the appellants, *Patrick H. Hardin.*

For the respondent, *Albert S. Woodruff.*

Per Curiam.

The judgment under review will be affirmed, for the reasons given in the opinion of Commisioner Eldredge.

*For affirmance*—The Chancellor, Chief Justice, Trenchard, Parker, Lloyd, Case, Bodine, Donges, Heher, Van Buskirk, Kays, Hetfield, Dear, Wells, Dill, JJ. 15.

*For reversal*—None.